1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

13  ALEXANDER MA,                          No. C-06-6511 EDL

14                        Plaintiff,       [PROPOSED] ORDER GRANTING JOINT
                                           MOTION AND STIPULATION TO STAY
15       vs.                               PROCEEDING;

16
     ALLIANCE SEMICONDUCTOR                [PROPOSED ALTERNATIVE] ORDER
17   CORPORATION, et al.,                  GRANTING CONTINUANCE OF CASE
                                           MANAGEMENT DEADLINES AND
18                        Defendants.       CONFERENCE

19

20          The parties' Joint Motion and Stipulation to Stay Proceeding Or, In the Alternative, To

21  Continue Case Management Deadlines and Conference was filed with this Court on December 20,

22  2006. Plaintiff Ma has filed with the Judicial Panel on Multidistrict Litigation a motion to transfer

23  pursuant to 28 U.S.C. Section 1407 (MDL No. 1819, *In re Static Random Access Memory (SRAM)*

24  *Antitrust Litigation*. Because the dates set forth in this Court's October 18, 2006 Case Management

25  Scheduling Order will come to pass before the Judicial Panel on Multidistrict Litigation acts upon the

26  motion to transfer, given the January 25, 2007 hearing date in MDL No. 19, and because the

27  resolution of that motion may moot the need for the case management deadlines in this case, the

28

1

1   Court finds that there is good cause to temporarily stay the proceeding or, in the alternative, continue

2   the case management deadlines.

3   After consideration of the Stipulation and Motion, and good cause appearing therefor,

4

5   [PROPOSED ORDER TO STAY]:

6   IT IS HEREBY ORDERED:

7   That the Motion is GRANTED.  The hearing date and deadlines specified in the Case

8   Management Scheduling Order filed October 18, 2006 (Document 2) are hereby VACATED and this

9   action is STAYED pending the outcome of the resolution of the transfer motion currently before the

10   Judicial Panel on Multidistrict Litigation in MDL No. 1819.

11

12   [PROPOSED ALTERNATIVE ORDER TO CONTINUE]:

13   IT IS HEREBY ORDERED:

14   That the Motion is GRANTED.  The hearing date and the deadlines specified in the Case

15   Management Scheduling Order filed October 18, 2006 (Document 2) are hereby VACATED.

16   IT IS FURTHER ORDERED:

17   That the hearing date and the deadlines specified in the Case Management Scheduling Order

18   filed October 18, 2006 (Document 2) are continued 90 days as follows:

19   1.  Last day to meet and confer re initial disclosures, early settlement, ADR process selection,

20   discovery plan, and file ADR Certification is set for March 19, 2007;

21   2.  The last day to complete initial disclosures, file the Case Management Statement, and file

22   Rule 26(f) Reports is set for April 2, 2007;

23   3.  The Initial Case Management Conference is set for April 9, 2007 at 10:00 AM in

24   Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

April 10, 2007

25   Dated: December 21, 2006

26

IT IS SO ORDERED

_Elizabeth D. Laporte_
Judge Elizabeth D. Laporte

27   Elizabeth D. Laporte
United States Magistrate Judge

28
100135528 v 1

2

[PROPOSED] ORDER GRANTING JOINT MOTION AND STIPULATION TO STAY PROCEEDING; [PROPOSED
ALTERNATIVE] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT DEADLINES AND CASE
CONFERENCE; CASE NO. C-06-cv-6511 EDL